IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

DONALD B. HELSEL,                              )
                                               )
                    Plaintiff,                 )        TC-MD 111105N
                                               )
        v.                                     )
                                               )
MULTNOMAH COUNTY ASSESSOR                       )
and DEPARTMENT OF REVENUE,                      )
State of Oregon,                               )
                                               )
                    Defendants.                        **DECISION OF DISMISSAL**

        This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

        A case management conference was scheduled at 11:15 a.m. on December 28, 2011, to

consider Plaintiff's appeal.  On December 1, 2011, the court sent notice of the scheduled case

management conference to Plaintiff at the email address that Plaintiff provided to the court with

his Complaint.  The notice was not returned as undeliverable.  The notice advised that if Plaintiff

did not appear, the court might dismiss the appeal.

        On December 28, 2011, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal.  That letter was sent to the mailing address that Plaintiff provided

with his Complaint and was not returned as undeliverable.  The letter advised that if Plaintiff did

not provide a written explanation by January 11, 2012, for his failure to appear, the court would

dismiss the appeal.  As of this date, Plaintiff has not submitted a written response to the court

explaining his failure to appear at the December 28, 2011, case management conference.  Under

/ / /

/ / /

such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of January 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on January 20, 2012.  The Court filed and entered this document on January 20, 2012.*